# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DAVID GRAY,<br><br>  Defendant. | 2:11-CR-143 JCM (VCF) |

## ORDER

Presently before the court is the government's motion to dismiss indictment as to David Gray. (Doc. #65). The defendant has not yet filed a response.

The government represents that in light of certain evidentiary rulings, it "cannot continue [the] prosecution at this time." Mot. 1:19-20. In light of this representation, and in accordance with the procedures outlined in Fed. R. Crim. P. 48(a), the court grants the government leave to dismiss the indictment.

Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the government's motion to dismiss (doc. #65) be, and the same hereby is, GRANTED.

DATED July 10, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**